IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–89–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JAMESEY MARIA JEFFERSON, | |
| Defendant. | |

United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on May 18, 2023. (Doc. 68.) Neither party objected, and therefore they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommends that this Court accept Defendant Jamesey Maria Jefferson's guilty plea after she appeared before him pursuant to Rule 11 of the

Federal Rules of Criminal Procedure, and entered a guilty plea to one count of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) (Count 1), and one count of possession of a firearm in furtherance of a drug trafficking offense, in violation of 18 U.S.C. § 924(c) (Count 2), as set forth in the Superseding Information.  Reviewing for clear error, the Court finds none.

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendation (Doc. 68) is ADOPTED in full.

IT IS FURTHER ORDERED that Ms. Jefferson's motion to change plea (Doc. 49) is GRANTED and she is adjudged guilty as charged in Counts 1 and 2 of the Superseding Information.

DATED this 6th day of June, 2023.

_____
Dana L. Christensen, District Judge
United States District Court