IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMESEY MARIA JEFFERSON, JAMES "JC" LUIS COSTILLA and IVAN EAGLEFEATHERS,<br>Defendants. | CR 22–89–BLG–DLC<br><br><br><br>ORDER |

Before the Court is the United States' motion for final order of forfeiture. (Doc. 173.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. § 853.

2. Preliminary Orders of Forfeiture were entered on June 9, 2023 (Doc. 78), November 16, 2023 (Doc. 109), and April 4, 2024 (Doc. 158).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 173) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

1

- 1,980.00 in United States currency;

- Ruger AR Rifle, S/N 856-32428;

- Savage Model 93R17 Rifle, .17 Caliber HMR, S/N 3502545;

- Ruger Firearm, S/N 913-23572; and

- Assorted Ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 18th day of February, 2025.

_____
Dana L. Christensen, District Judge
United States District Court