EDWARD M. WERNER
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 N. 27th Street, Suite 401
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
edward_werner@fd.org
      Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-22-89-BLG-DLC** |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| JAMESEY MARIA JEFFERSON, | |
| Defendant. | |

COMES NOW, Edward M. Werner, Assistant Federal Defender and the Federal Defenders of Montana, and hereby enters his appearance as counsel of record for Jamesey Maria Jefferson, in the above-captioned case.

RESPECTFULLY SUBMITTED this 26th day of March, 2026.

/s/ Edward M. Werner
EDWARD M. WERNER
Federal Defenders of Montana
Counsel for Defendant

## CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on March 26, 2026, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| | Hand Delivery |
| 3 | Mail |
| | Overnight Delivery Service |
| | Fax |
| | E-Mail |

1.   CLERK, UNITED STATES DISTRICT COURT

2.   BRYAN T. DAKE
     Assistant United States Attorney
     United States Attorney's Office
     2601 2nd Avenue N, Suite 3200
     Billings, MT 59101
          Counsel for the United States

3.   JAMESEY MARIA JEFFERSON
          Defendant

/s/ Edward M. Werner
EDWARD M. WERNER
Federal Defenders of Montana
Counsel for Defendant